UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED IN OPEN COURT
4.17.19
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.  CASE NO. 3:19-cr-69-J-39JRK
    18 U.S.C. § 1040

KIMBERLY DUES

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about September 15, 2017, in the Middle District of Florida, and elsewhere, the defendant,

KIMBERLY DUES,

knowingly made a materially false, fictitious, and fraudulent statement and representation, in any matter involving any benefit authorized, transported, transmitted, transferred, disbursed, and paid, in and affecting interstate commerce, said benefit being a record, voucher, payment, money, and thing of value of the United States and of FEMA, a department and agency of the United States, in connection with a major disaster declaration under Title 42 of the United States Code, in that the defendant made a fraudulent application for assistance from FEMA's Individuals and Households Program for

Hurricane Irma in which the defendant falsely represented the address of her primary residence.

In violation of 18 U.S.C. § 1040.

A TRUE BILL,

*Deborah G. Heald*
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: *Kevin C. Frein*
Kevin C. Frein
Assistant United States Attorney

By: *[signature]*
Frank M. Talbot
Assistant United States Attorney
Chief, Jacksonville Division

FORM OBD-34
4/15/19 Revised

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

KIMBERLY DUES

## INDICTMENT

Violations: 18 U.S.C. § 1040

A true bill,

_____
Foreperson

Filed in open court this 17th day

Of April, 2019.

_____
Clerk

Bail $_____

GPO 863 525